ROBERT FROMER *v.* COMMISSIONER OF ENVIRONMENTAL PROTECTION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 70 Conn. App. 903 (AC 21914), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Robert Fromer*, pro se, in support of the petition.

*David H. Wrinn*, assistant attorney general, and *Mark J. Zimmerman*, in opposition.

Decided July 10, 2002

STATEWIDE GRIEVANCE COMMITTEE *v.* JOHN TIMBERS

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 1 (AC 21256), is denied.

SULLIVAN, C. J., and NORCOTT, J., did not participate in the consideration or decision of this petition.

*Steven G. M. Biro*, in support of the petition.

*Maureen A. Horgan*, assistant bar counsel, in opposition.

Decided July 11, 2002